# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUNCAN, IVAN | § | Case No. 06-05572 |
| WILSON, LATASHA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Phillip D. Levey_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 06-05572 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | DUNCAN, IVAN | | | Date Filed (f) or Converted (c): | 05/16/06 (f) |
| | WILSON, LATASHA | | | 341(a) Meeting Date: | 06/15/06 |
| For Period Ending: | 10/24/09 | | | Claims Bar Date: | 04/02/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Rent (u) | 0.00 | N/A | | 2,850.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 195.64 | Unknown |
| 3. 1146 E. 166th Place, South Holland, IL | 208,201.00 | 200,000.00 | OA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 8325 S. Throop, Chicago, IL | 99,065.00 | 24,000.00 | OA | 0.00 | FA |
| 5. 7517 S. Wolcott, Chicago, IL | 90,598.00 | 57,000.00 | OA | 0.00 | FA |
| 6. 8945 S. Aberdeen, Chicago, IL | 98,943.00 | 42,000.00 | | 19,002.23 | FA |
| 7. 16029 S. University, South Holland, IL | 124,369.00 | 51,200.00 | OA | 0.00 | 0.00 |
| 8. 137 W. 156th Place, Harvey, IL | 53,224.00 | 6,776.00 | DA | 0.00 | 0.00 |
| 9. South Shore Bank Checking Account | 151.11 | 151.11 | DA | 0.00 | FA |
| 10. HOUSEHOLD FURNISHINGS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Allstate Insurance Policy | 3,529.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. 77th Street Deposit Account | 592.00 | 592.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. Homestead Credit Union Account | 345.00 | 345.00 | DA | 0.00 | FA |
| 15. Central Credit Union Account | 235.00 | 235.00 | DA | 0.00 | FA |
| 16. CTA Deferred Compensation Account | 105,180.00 | 105,180.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. Ameriprise Account | 39,984.00 | 39,984.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. 1999 RX300 Lexus | 14,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

LFORM1
Ver: 15.01
**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 06-05572 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | DUNCAN, IVAN | | | Date Filed (f) or Converted (c): | 05/16/06 (f) |
| | WILSON, LATASHA | | | 341(a) Meeting Date: | 06/15/06 |
| | | | | Claims Bar Date: | 04/02/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 1995 VW<br>Debtor Claimed Exemption | 4,000.00 | 1,300.00 | DA | 0.00 | FA |
| 20. 1990 Nissan 300ZS<br>Debtor Claimed Exemption | 3,500.00 | 300.00 | DA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $851,916.11 | $529,063.11 | | $22,047.87 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/08    Current Projected Date of Final Report (TFR): 09/15/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-05572 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | DUNCAN, IVAN | Bank Name: | BANK OF AMERICA |
| | WILSON, LATASHA | Account Number / CD #: | *******2009 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4394 | | |
| For Period Ending: | 10/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/06 | 1 | Robert Manney | Post-Petition Rent-8945 S. Aberdeen | 1222-000 | 950.00 | | 950.00 |
| 01/08/07 | 1 | Robert Manney | Rent - 8945 S. Aberdeen | 1222-000 | 950.00 | | 1,900.00 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.35 | | 1,901.35 |
| 02/28/07 | 1 | Robert Manney | Rent-Aberdeen | 1222-000 | 950.00 | | 2,851.35 |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.46 | | 2,852.81 |
| 03/21/07 | 6 | Chicago Title and Trust Company | Sale of Real Estate | | 19,002.23 | | 21,855.04 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: 155,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | AMC MORTGAGE SERVICES | Memo Amount: ( 111,514.39 ) | 4110-000 | | | |
| | | | Pay-Off First Mortgage | | | | |
| | | BLATT, HASENMILLER, LEIBSKER & MOOR | Memo Amount: ( 9,000.00 ) | 4120-000 | | | |
| | | | Pay-Off Judgment Lien | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount: ( 7,750.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | CITY OF CHICAGO | Memo Amount: ( 346.21 ) | 4120-000 | | | |
| | | | Water Bill | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( 796.84 ) | 4700-000 | | | |
| | | | 2006 Real Estate Taxes | | | | |
| | | MANNEY, ROBERT | Memo Amount: ( 325.09 ) | 2500-000 | | | |
| | | | 2007 Real Estate Taxes Proration | | | | |
| | | MANNEY, ROBERT | Memo Amount: ( 4,650.00 ) | 2500-000 | | | |
| | | | Closing Credit | | | | |
| | | LANDMARK ENGINEERING COMPANY | Memo Amount: ( 295.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | CHICAGO TITLE | Memo Amount: ( 1,070.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | CHICAGO TITLE | Memo Amount: ( 232.50 ) | 2500-000 | | | |
| | | | Transfer Stamps | | | | |

Page Subtotals  21,855.04  0.00

Ver: 15.01

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

Case 06-05572   Doc 137   Filed 10/24/09   Entered 10/24/09 15:18:06   Desc Main
Document     Page 6 of 12

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-05572 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | DUNCAN, IVAN | | Bank Name: | BANK OF AMERICA |
| | WILSON, LATASHA | | Account Number / CD #: | *******2009  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4394 | | | |
| For Period Ending: | 10/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WIDEIKIS, JOHN | Memo Amount:    (     17.74 ) | 2500-000 | | | |
| | | | Special Credit | | | | |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 5.48 | | 21,860.52 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.98 | | 21,878.50 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 20.90 | 21,857.60 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA  70130 | | | | | |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.57 | | 21,876.17 |
| 06/02/07 | 000102 | Dan's Lock & Key Service | Locksmith | 2420-000 | | 126.75 | 21,749.42 |
| | | 5758 South Nagle Avenue | Change locks 16029 South University, South Holland, | | | | |
| | | Chicago, IL  60638 | IL | | | | |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.92 | | 21,767.34 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.49 | | 21,785.83 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 18.50 | | 21,804.33 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 13.88 | | 21,818.21 |
| 10/31/07 | 2 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 13.90 | | 21,832.11 |
| 11/30/07 | 2 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 11.66 | | 21,843.77 |
| 12/31/07 | 2 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 10.44 | | 21,854.21 |
| 01/31/08 | 2 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 8.66 | | 21,862.87 |
| 02/29/08 | 2 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 5.20 | | 21,868.07 |
| 03/31/08 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 5.17 | | 21,873.24 |
| 04/30/08 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 4.48 | | 21,877.72 |
| 05/09/08 | 000103 | International Sureties, Ltd. | BOND # 016026455 | 2300-000 | | 22.64 | 21,855.08 |
| | | 701 Poydras St. | Term 2/1/08 - 2/1/09 | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 05/30/08 | 2 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.77 | | 21,857.85 |
| 06/30/08 | 2 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.70 | | 21,860.55 |
| 07/31/08 | 2 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.78 | | 21,863.33 |

Page Subtotals      178.58      170.29

Ver: 15.01

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 06-05572 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | DUNCAN, IVAN | | Bank Name: | BANK OF AMERICA |
| | WILSON, LATASHA | | Account Number / CD #: | *******2009 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4394 | | | |
| For Period Ending: | 10/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.77 | | 21,866.10 |
| 09/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.70 | | 21,868.80 |
| 10/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.12 | | 21,870.92 |
| 11/28/08 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.78 | | 21,872.70 |
| 12/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.11 | | 21,873.81 |
| 01/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,873.99 |
| 02/27/09 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,874.16 |
| 03/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,874.35 |
| 04/19/09 | 000104 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 34.50 | 21,839.85 |
| 04/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.48 | | 21,840.33 |
| 05/29/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,840.88 |
| 06/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,841.42 |
| 07/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 21,841.98 |
| 08/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 21,842.54 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,843.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 155,000.00 | COLUMN TOTALS | | 22,047.87 | 204.79 | 21,843.08 |
| Memo Allocation Disbursements: | 135,997.77 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 22,047.87 | 204.79 | |
| Memo Allocation Net: | 19,002.23 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 22,047.87 | 204.79 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 155,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 135,997.77 | Money Market Account (Interest Earn - *******2009 | | 22,047.87 | 204.79 | 21,843.08 |
| Total Memo Allocation Net: | 19,002.23 | | | 22,047.87 | 204.79 | 21,843.08 |

Page Subtotals           14.25           34.50

Ver: 15.01

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 06-05572 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | DUNCAN, IVAN | | Bank Name: | BANK OF AMERICA |
| | WILSON, LATASHA | | Account Number / CD #: | *******2009  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4394 | | | |
| For Period Ending: | 10/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 15.01

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-05572
Case Name: DUNCAN, IVAN
             WILSON, LATASHA
Trustee Name: Phillip D. Levey

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Phillip D. Levey* | $_____ | $_____ |
| *Attorney for trustee: Phillip D. Levey* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges: Clerk, U.S. Bankruptcy Court* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | eCAST Settlement Corporation *assignee of* _____ | $_____ | $_____ |

*Claim Number*         *Claimant*                                    *Allowed Amt. of Claim*   *Proposed Payment*

                      US Bank Corp/Retail Payment
*000002*              *Solutions*                                    $_____           $_____
_____        _____                                 $_____           $_____


  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*
_____   _____                      $_____           $_____
_____   _____                      $_____           $_____
_____   _____                      $_____           $_____


  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*    *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*
_____   _____                      $_____           $_____
_____   _____                      $_____           $_____
_____   _____                      $_____           $_____

The amount of surplus returned to the debtor after payment of all claims and interest is $        .