UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
DUNCAN, IVAN                        §   Case No. 06-05572
WILSON, LATASHA                     §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  U.S. Bankruptcy Court Clerk
                  219 South Dearborn Street- 7th Floor
                  Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/17/2009 in Courtroom 682,

                  United States Courthouse
                  219 South Dearborn Street
                  Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2009                    By: Phillip D. Levey
                                                   Trustee


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DUNCAN, IVAN § Case No. 06-05572
WILSON, LATASHA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 158,045.64 |
| and approved disbursements of | $ | 136,202.56 |
| leaving a balance on hand of[1] | $ | 21,843.08 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
_____   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Phillip D. Levey | $ 8,072.15 | $ 114.75 |
| Attorney for trustee: Phillip D. Levey | $ 13,487.53 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: Clerk, U.S. Bankruptcy Court | $ 168.65 | $ 0.00 |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,808.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | eCAST Settlement Corporation assignee of | $ 7,940.39 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | US Bank Corp/Retail Payment Solutions | $ 14,867.91 | $ 0.00 |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Phillip D. Levey
Trustee

*Phillip D. Levey*

*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 1                   Date Rcvd: Oct 26, 2009
Case: 06-05572                 Form ID: pdf006             Total Noticed: 21
```

The following entities were noticed by first class mail on Oct 28, 2009.
```
db         +Ivan Ducan,    1146 E 166th Pl,    South Holland, IL 60473-3257
jdb        +Latasha Wilson,    1146 E 166th PL,    South Holland, IL 60473-3257
aty        +Harry F Chaveriat, Jr,    Zalutsky & Pinski, Ltd.,    20 N Clark St Ste 600,
             Chicago, IL 60602-4184
aty        +Thomas Twomey,    Zalutsky & Pinski Ltd,    20 N Clark St.,    Suite 600,    Chicago, IL 60602-4184
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
10736745   +AMC MORTGAGE SERVICES,    P O BOX 11000,    SANTA ANNA, CA 92711-1000
11084015    BMW Financial Services,    P o Box 3680,    Dublin , OH 43016-0306
11084016   +Card member Services,    CB DEsputes,    P O box 108,    Saint Louis. Mo 63166-0108
11084017   +Chase Bank USA NA,    800 Brooksedge BLV,    Westerville, OH 43081-2822
11084021   +Chase Home Finance,    3415 Vision DR,    Columbus, OH 43219-6009
11084018    Citibank UCS,    8787 Baypine RD,    Jacksonville, FL 32256-8528
11084019   +HSBC,    P O box 987,    Las Vegas, NV 89125-0987
11084020    Household Finance,    1421 Kristina Way,    Chesapeake, VA 23320-8917
11493131   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
             100 West Randolph Street   Level 7-425,    Chicago, Illinois   60601)
10736744   +LITTON LOAN SERVICING,    4828 LOOP CENTRAL DR,    HOUSTON, TX 77081-2166
11574836   +Litton Loan Servicing L P,    C/O McCalla, Raymer, et al.,    Bankruptcy Dept,,
             1544 Old Alabama Road,    Roswell,GA 30076-2102
11158874   +US Bank Corp/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
10736743   +WASHINGTON MUTUAL,    P O BOX  44118,    JACKSONVILLE, FL 32231-4118
11084022    Win Victoria's Secret,    P o Box 182128,    Columbus, Oh 43218-2128
10976646    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
             POB 35480,    Newark NJ 07193-5480
```
The following entities were noticed by electronic transmission on Oct 26, 2009.
```
10736742   +Fax: 602-221-4614 Oct 26 2009 22:33:29     CHASE AUTO FINANCE,    P O BOX 901008,
             FORTH WORTH , TX 76101-2008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*       +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**                    **Signature:** *Joseph Speetjens*