**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| DUNCAN, IVAN | § | Case No. 06-05572 |
| WILSON, LATASHA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 752,973.11 | Assets Exempt: 160,693.00 |
| Total Distributions to Claimants: 121,657.44 | Claims Discharged<br>Without Payment: 22,808.30 |
| Total Expenses of Administration: 36,389.91 | |

3) Total gross receipts of $ 158,047.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 158,047.35 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 121,657.44 | $ 121,657.44 | $ 121,657.44 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,891.57 | 44,891.57 | 36,389.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 22,808.30 | 22,808.30 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 189,357.31 | $ 189,357.31 | $ 158,047.35 |

4) This case was originally filed under chapter 7 on 05/16/2006 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2010 By:/s/Phillip D. Levey

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 155,000.00 |
| Post-Petition Rent | 1222-000 | 2,850.00 |
| Post-Petition Interest Deposits | 1270-000 | 197.35 |
| **TOTAL GROSS RECEIPTS** | | $ 158,047.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMC MORTGAGE SERVICES | 4110-000 | NA | 111,514.39 | 111,514.39 | 111,514.39 |
| BLATT, HASENMILLER, LEIBSKER & MOOR | 4120-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITY OF CHICAGO | 4120-000 | NA | 346.21 | 346.21 | 346.21 |
| COOK COUNTY COLLECTOR | 4700-000 | NA | 796.84 | 796.84 | 796.84 |
| **TOTAL SECURED CLAIMS** | | $ NA | $ 121,657.44 | $ 121,657.44 | $ 121,657.44 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 11,152.26 | 11,152.26 | 8,072.78 |
| LEVEY, PHILLIP D. | 2100-000 | NA | 168.66 | 168.66 | 168.66 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 158.53 | 158.53 | 114.76 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 20.90 | 20.90 | 20.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 22.64 | 22.64 | 22.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 34.50 | 34.50 | 34.50 |
| DAN'S LOCK & KEY SERVICE | 2420-000 | NA | 126.75 | 126.75 | 126.75 |
| CHICAGO TITLE | 2500-000 | NA | 1,070.00 | 1,070.00 | 1,070.00 |
| CHICAGO TITLE | 2500-000 | NA | 232.50 | 232.50 | 232.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LANDMARK ENGINEERING COMPANY | 2500-000 | NA | 295.00 | 295.00 | 295.00 |
| MANNEY, ROBERT | 2500-000 | NA | 325.09 | 325.09 | 325.09 |
| MANNEY, ROBERT | 2500-000 | NA | 4,650.00 | 4,650.00 | 4,650.00 |
| WIDEIKIS, JOHN | 2500-000 | NA | 17.74 | 17.74 | 17.74 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 233.00 | 233.00 | 0.00 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 18,634.00 | 18,634.00 | 13,488.59 |
| CENTURY 21 KMIECIK | 3510-000 | NA | 7,750.00 | 7,750.00 | 7,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 44,891.57 | $ 44,891.57 | $ 36,389.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 7,940.39 | 7,940.39 | 0.00 |
| US BANK CORP/RETAIL PAYMENT SOLUTIO | 7100-900 | NA | 14,867.91 | 14,867.91 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ NA | $ 22,808.30 | $ 22,808.30 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 06-05572 JBS Judge: JACK B. SCHMETTERER
Case Name: DUNCAN, IVAN
WILSON, LATASHA
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Date Filed (f) or Converted (c): 05/16/06 (f)
341(a) Meeting Date: 06/15/06
Claims Bar Date: 04/02/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Rent (u) | 0.00 | N/A | | 2,850.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 197.35 | Unknown |
| 3. 1146 E. 166th Place, South Holland, IL<br>Debtor Claimed Exemption | 208,201.00 | 200,000.00 | OA | 0.00 | FA |
| 4. 8325 S. Throop, Chicago, IL | 99,065.00 | 24,000.00 | OA | 0.00 | FA |
| 5. 7517 S. Wolcott, Chicago, IL | 90,598.00 | 57,000.00 | OA | 0.00 | FA |
| 6. 8945 S. Aberdeen, Chicago, IL | 98,943.00 | 42,000.00 | | 19,002.23 | FA |
| 7. 16029 S. University, South Holland, IL | 124,369.00 | 51,200.00 | OA | 0.00 | 0.00 |
| 8. 137 W. 156th Place, Harvey, IL | 53,224.00 | 6,776.00 | DA | 0.00 | 0.00 |
| 9. South Shore Bank Checking Account | 151.11 | 151.11 | DA | 0.00 | FA |
| 10. HOUSEHOLD FURNISHINGS<br>Debtor Claimed Exemption | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11. WEARING APPAREL<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Allstate Insurance Policy<br>Debtor Claimed Exemption | 3,529.00 | 0.00 | DA | 0.00 | FA |
| 13. 77th Street Deposit Account<br>Debtor Claimed Exemption | 592.00 | 592.00 | DA | 0.00 | FA |
| 14. Homestead Credit Union Account | 345.00 | 345.00 | DA | 0.00 | FA |
| 15. Central Credit Union Account | 235.00 | 235.00 | DA | 0.00 | FA |
| 16. CTA Deferred Compensation Account<br>Debtor Claimed Exemption | 105,180.00 | 105,180.00 | DA | 0.00 | FA |
| 17. Ameriprise Account<br>Debtor Claimed Exemption | 39,984.00 | 39,984.00 | DA | 0.00 | FA |
| 18. 1999 RX300 Lexus<br>Debtor Claimed Exemption | 14,000.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 06-05572 JBS Judge: JACK B. SCHMETTERER
Case Name: DUNCAN, IVAN
WILSON, LATASHA

Trustee Name: Phillip D. Levey
Date Filed (f) or Converted (c): 05/16/06 (f)
341(a) Meeting Date: 06/15/06
Claims Bar Date: 04/02/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 1995 VW<br>Debtor Claimed Exemption | 4,000.00 | 1,300.00 | DA | 0.00 | FA |
| 20. 1990 Nissan 300ZS<br>Debtor Claimed Exemption | 3,500.00 | 300.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $851,916.11 | $529,063.11 | | $22,049.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/08 Current Projected Date of Final Report (TFR): 09/15/09

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-05572 -JBS
Case Name: DUNCAN, IVAN
WILSON, LATASHA
Taxpayer ID No: *******4394
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2009 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/06 | 1 | Robert Manney | Post-Petition Rent-8945 S. Aberdeen | 1222-000 | 950.00 | | 950.00 |
| 01/08/07 | 1 | Robert Manney | Rent - 8945 S. Aberdeen | 1222-000 | 950.00 | | 1,900.00 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.35 | | 1,901.35 |
| 02/28/07 | 1 | Robert Manney | Rent-Aberdeen | 1222-000 | 950.00 | | 2,851.35 |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.46 | | 2,852.81 |
| 03/21/07 | 6 | Chicago Title and Trust Company | Sale of Real Estate | | 19,002.23 | | 21,855.04 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: 155,000.00<br>Sale of Real Estate | 1110-000 | | | |
| | | AMC MORTGAGE SERVICES | Memo Amount: ( 111,514.39 )<br>Pay-Off First Mortgage | 4110-000 | | | |
| | | BLATT, HASENMILLER, LEIBSKER & MOOR | Memo Amount: ( 9,000.00 )<br>Pay-Off Judgment Lien | 4120-000 | | | |
| | | CENTURY 21 KMIECIK | Memo Amount: ( 7,750.00 )<br>Real Estate Commission | 3510-000 | | | |
| | | CITY OF CHICAGO | Memo Amount: ( 346.21 )<br>Water Bill | 4120-000 | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( 796.84 )<br>2006 Real Estate Taxes | 4700-000 | | | |
| | | MANNEY, ROBERT | Memo Amount: ( 325.09 )<br>2007 Real Estate Taxes Proration | 2500-000 | | | |
| | | MANNEY, ROBERT | Memo Amount: ( 4,650.00 )<br>Closing Credit | 2500-000 | | | |
| | | LANDMARK ENGINEERING COMPANY | Memo Amount: ( 295.00 )<br>Survey | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( 1,070.00 )<br>Title Charges | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( 232.50 )<br>Transfer Stamps | 2500-000 | | | |

Page Subtotals 21,855.04 0.00

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-05572 -JBS
Case Name: DUNCAN, IVAN
WILSON, LATASHA
Taxpayer ID No: *******4394
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2009 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | WIDEIKIS, JOHN | Memo Amount: ( 17.74 )<br>Special Credit | 2500-000 | | | |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.48 | | 21,860.52 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.98 | | 21,878.50 |
| 05/08/07 | 000101 | International Sureties, Ltd.<br>203 Carondelet St.-Suite 500<br>New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 20.90 | 21,857.60 |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 18.57 | | 21,876.17 |
| 06/02/07 | 000102 | Dan's Lock & Key Service<br>5758 South Nagle Avenue<br>Chicago, IL 60638 | Locksmith<br>Change locks 16029 South University, South Holland, IL | 2420-000 | | 126.75 | 21,749.42 |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.92 | | 21,767.34 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 18.49 | | 21,785.83 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 18.50 | | 21,804.33 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 13.88 | | 21,818.21 |
| 10/31/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 13.90 | | 21,832.11 |
| 11/30/07 | 2 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 11.66 | | 21,843.77 |
| 12/31/07 | 2 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 10.44 | | 21,854.21 |
| 01/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 8.66 | | 21,862.87 |
| 02/29/08 | 2 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 5.20 | | 21,868.07 |
| 03/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 5.17 | | 21,873.24 |
| 04/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 4.48 | | 21,877.72 |
| 05/09/08 | 000103 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | BOND # 016026455<br>Term 2/1/08 - 2/1/09 | 2300-000 | | 22.64 | 21,855.08 |
| 05/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.77 | | 21,857.85 |
| 06/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.70 | | 21,860.55 |
| 07/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.78 | | 21,863.33 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 178.58 | 170.29 |

Ver: 15.06b

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-05572 -JBS
Case Name: DUNCAN, IVAN
WILSON, LATASHA
Taxpayer ID No: *******4394
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2009 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.77 | | 21,866.10 |
| 09/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.70 | | 21,868.80 |
| 10/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.12 | | 21,870.92 |
| 11/28/08 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.78 | | 21,872.70 |
| 12/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.11 | | 21,873.81 |
| 01/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,873.99 |
| 02/27/09 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,874.16 |
| 03/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,874.35 |
| 04/19/09 | 000104 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE'S BOND<br>BOND NUMBER 016026455 | 2300-000 | | 34.50 | 21,839.85 |
| 04/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.48 | | 21,840.33 |
| 05/29/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,840.88 |
| 06/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,841.42 |
| 07/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 21,841.98 |
| 08/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 21,842.54 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,843.08 |
| 10/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,843.63 |
| 11/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,844.18 |
| 12/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 21,844.74 |
| 01/04/10 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 21,844.79 |
| 01/04/10 | | Transfer to Acct #*******3470 | Final Posting Transfer | 9999-000 | | 21,844.79 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 15.96 | 21,879.29 |

Ver: 15.06b

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-05572 -JBS
Case Name: DUNCAN, IVAN
WILSON, LATASHA
Taxpayer ID No: *******4394
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2009 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: 155,000.00 | COLUMN TOTALS | 22,049.58 | 22,049.58 | 0.00 |
| Memo Allocation Disbursements: 135,997.77 | Less: Bank Transfers/CD's | 0.00 | 21,844.79 | |
| | Subtotal | 22,049.58 | 204.79 | |
| Memo Allocation Net: 19,002.23 | Less: Payments to Debtors | | 0.00 | |
| | Net | 22,049.58 | 204.79 | |

Page Subtotals 0.00 0.00

Ver: 15.06b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-05572 -JBS
Case Name: DUNCAN, IVAN
WILSON, LATASHA
Taxpayer ID No: *******4394
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3470 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/04/10 | | Transfer from Acct #*******2009 | Transfer In From MMA Account | 9999-000 | 21,844.79 | | 21,844.79 |
| | 01/04/10 | 000101 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 8,072.78 | 13,772.01 |
| | 01/04/10 | 000102 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 114.76 | 13,657.25 |
| * | 01/04/10 | 000103 | Clerk, U.S. Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-003 | | 168.66 | 13,488.59 |
| | 01/04/10 | 000104 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 13,488.59 | 0.00 |
| * | 01/12/10 | 000103 | Clerk, U.S. Bankruptcy Court | Clerk of the Courts Costs (includes Clerk advised that balance on claim was $-0- due to debtors' payment of filing fee in full in installments. | 2700-003 | | -168.66 | 168.66 |
| | 01/12/10 | 000105 | Phillip D. Levey | Additional payment on previously partially paid trustee fees due to Clerk's advice that balance on Clerk's previously unpaid filing fee was $-0- resulting from debtors' payment of same. | 2100-000 | | 168.66 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 21,844.79 | 21,844.79 | 0.00 |
| Less: Bank Transfers/CD's | 21,844.79 | 0.00 | |
| Subtotal | 0.00 | 21,844.79 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 21,844.79 | |

| | |
|---|---|
| Total Allocation Receipts: | 155,000.00 |
| Total Allocation Disbursements: | 135,997.77 |
| Total Memo Allocation Net: | 19,002.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2009 | 22,049.58 | 204.79 | 0.00 |
| Checking Account (Non-Interest Earn - ********3470 | 0.00 | 21,844.79 | 0.00 |
| | 22,049.58 | 22,049.58 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 21,844.79 | 21,844.79 |

Ver: 15.06b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-05572 -JBS
Case Name: DUNCAN, IVAN
WILSON, LATASHA
Taxpayer ID No: *******4394
For Period Ending: 03/07/10

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3470 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |